OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356

Margaret Chase Smith Federal Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

December 28, 2020

Brent Allen Elisens
76 Court Street, #4
Bangor, ME 04401

RE: Brent Allen Elisens v. Officer Taylor Reynolds, et al
Civil No.: 1:21-cv-00011-JDL

Dear Mr. Elisens:

You recently file a complaint in this Court. Enclosed please find a handout titled "Information for Pro Se Parties." This handout is intended for informational and practical purposes only, and in no way takes the place of an attorney's legal advice, but it may provide you with some answers to procedural and general questions.

Sincerely,
CHRISTA K. BERRY, CLERK

By: /s/ Robert Allen
Deputy Clerk

Encl.