UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BRENT ALLEN ELISENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-cv-00011-JDL |
| | ) | |
| OFFICER TAYLOR REYNOLDS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER REGARDING FILING FEE**

Plaintiff has filed a complaint in this Court. (Complaint, ECF No. 1.) He has neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis.

The Clerk is directed to forward a form Application to Proceed In Forma Pauperis to the Plaintiff. Plaintiff is hereby ORDERED to file an Application to Proceed In Forma Pauperis, or pay the filing fee no later than February 1, 2021.

If Plaintiff fails to pay the filing fee or file a completed Application on or before February 1, 2021, the Court could dismiss the matter.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 11th day of January, 2021.