UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 JAN 20 A 9:48

DEPUTY CLERK

BRENT ELLSENS
Plaintiff(s)

vs. Docket No: 1:21-CV-00011-JDL

- OFC. TAYLOR REYNOLDS
Defendant(s) - BANGOR POLICE DEPT

NOTICE OF PRO SE APPEARANCE

I, BRENT ELLSENS, a (Plaintiff)/Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the Court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.
All court papers may be mailed to me by first class mail at the address shown below; however, if I, BRENT ELLSENS, elect to complete and submit an ECF Pro Se Registration form, I will abide by the conditions set forth in the document titled "ECF Registration for Pro Se Filers".

Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of the document I filed and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is:
76 COURT ST #4
Town/City State/ Zip Code :
BANGOR, ME 04401
Telephone Number:
405 268 7936

My Mailing Address:
(if different from street address:)
Town/City State/ Zip Code :

Date: 1/18/21

Signature: